JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORDAN E. JACKSON, | ) | Case No. EDCV 14-2502-SVW (KK) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| KIM HOLLAND, et al., Warden, | ) | |
| Respondents. | ) | |

In accordance with the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: January 6, 2015

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE